# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-3760

_____

Michael J. Herman,                                    *
                                                      *
        Appellant,                                   *
                                                      *    Appeal from the United States
    v.                                              *    District Court for the
                                                      *    Western District of Missouri.
United States of America,                             *
                                                      *        [UNPUBLISHED]
        Appellee.                                    *

_____

Submitted: May 22, 1998
Filed: June 26, 1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Michael J. Herman seeks to appeal from the district court's[1] order denying his motion to modify his sentence of 24 months imprisonment and one year supervised release, which was imposed following his guilty plea to possessing chemicals with reasonable cause to believe they could and would be used in the manufacture of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 843(a)(6). Because Herman's notice of appeal was deposited in the prison mail system no earlier

_____

[1]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.

than 32 days after the district court entered its order--and approximately five months after the court entered its final judgment and commitment order--he has not filed a timely notice of appeal, and we thus lack jurisdiction.  See Fed. R. App. P. 4(b) (in criminal case, defendant shall file notice of appeal within 10 days after entry of judgment or order appealed from); Fed. R. App. P. 4(c) (filing date of inmate's notice of appeal is date deposited in prison mail system); United States v. Anna, 843 F.2d 1146, 1147 (8th Cir. 1988) (timely filing of notice of appeal is both mandatory and jurisdictional).

Accordingly, we dismiss this appeal for want of jurisdiction.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.